

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Fernando Nonoa/J.C. Viramontes, Individually, and J.C. Viramontes, Inc., d/b/a International Garment Processors, | § § | No. 08-14-00294-CV Appeal from the |
| Appellant's, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| J.C. Viramontes, Individually, and J.C. Viramontes, Inc., d/b/a International Garment Processors/Fernando Novoa, | § § | (TC# 2001-2295) |
| Appellee's. | | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 8, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Lynn Coyle, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 8, 2015.

IT IS SO ORDERED this 5th day of March, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.